**Christopher B. DURNIL, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 75003.**

Missouri Court of Appeals, Western District.

April 2, 2013.

Mark Grothoff, Columbia, MO, for Appellant.

Andrew Hooper, Jefferson City, MO, for Respondent.

Before: KAREN KING MITCHELL, P.J., THOMAS H. NEWTON, and LISA WHITE HARDWICK, JJ.

## ORDER

PER CURIAM:

Mr. Christopher B. Durnil appeals from the motion court's judgment denying a Rule 29.15 motion for post-conviction relief after an evidentiary hearing. He contends that trial counsel rendered ineffective assistance by failing to object to certain testimony by the victim.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).